

**ORDERED in the Southern District of Florida on July 20, 2020.**

**Scott M. Grossman, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

ANDRE GAUDREAU,

      Debtor.
_____/

Case No. 18-18236
Chapter 7 (converted)

**ORDER GRANTING, IN PART, AND DENYING, IN PART, MOTION TO VACATE
ORDER EMPLOYING WARGO FRENCH, SEEKING BOTH DISGORGEMENT
OF FEES PAID AND DISALLOWANCE OF FEES SOUGHT, AND
FOR ENTRY OF ORDER TO SHOW CAUSE WHY
<u>WARGO FRENCH SHOULD NOT BE SANCTIONED</u>**

THIS MATTER came before this Court on July 15, 2020 at 10:30 am (the "**Hearing**") in the above captioned bankruptcy case (the "**Bankruptcy Case**") for consideration of the *Second Amended Second and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses to Wargo & French, LLP as Counsel to the Debtor for the Period of July 6, 2018 through July 18, 2019* (ECF No. 479) (the "**Second Amended Final Application**") filed by Wargo & French, LLP ("**Wargo French**"), the *Motion to Vacate Order Employing Wargo French, Seeking Both Disgorgement of Fees Paid and Disallowance of Fees Sought, and For Entry*

1

*of Order to Show Cause Why Wargo French Should not be Sanctioned* (ECF No. 483) (the "**Motion to Vacate**") filed by creditor and parties-in-interest Tom Gonzales ("**Gonzales**"), TG Investments, LLC ("**TG Investments**"), and Hideaway Yacht Sales, Inc. ("**Hideaway**," with Gonzales and TG Investments, the "**Movants**"), the *Joinder to Motion to Vacate Order Employing Wargo French … (ECF 483)* (ECF No. 492) (the "**Joinder**") filed by the above captioned debtor, Andre Gaudreau ("**Debtor**"), the *Gonzales' Objection to Reasonableness of Fees and Expenses Sought by Wargo & French, LLP* (ECF No. 496) (the "**Gonzales Objection**") filed by Movants, the *United States Trustee's (I) Objection to Second Amended Second and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses to Wargo & French, LLP as Counsel to the Debtor for the Period of July 6, 2018 through July 18, 2019 [D.E. #479] and (II) Motion for Disgorgement* (ECF No. 497) (the "**UST Objection**") filed by the United States Trustee (the "**UST**"), and the *Wargo & French, LLP's Response in Opposition to Tom Gonzales, TG Investments, LLC and Hideaway Yacht Sales, Inc.'s Motion to Vacate Order Employing Wargo French, Seeking both Disgorgement of Fees Paid and Disallowance of Fees Sought, and for Entry of Order to Show Cause Why Wargo French Should not be Sanctioned [ECF No. 483]* (ECF No. 498) (the "**Wargo French Response**"). Having considered the Second Amended Final Application, the Motion to Vacate, the Joinder, the Gonzales Objection, the UST Objection, and the Wargo French Response and all argument contained therein, having heard argument and representations of counsel for Wargo French, Movants, Debtor, UST, and Chapter 7 Trustee, Scott N. Brown (the "**Trustee**") at the Hearing, finding that due and adequate notice of the Hearing and all matters considered therein was provided to all parties-in-interest and no further or additional notice is required, and for all the reasons stated on the record at the Hearing, which shall constitute the ruling of this Court the same as if reproduced in full herein, it is hereby

**ORDERED** that**:**

1.  For the reasons set forth in the record, which are incorporated herein by reference, the UST Objection is **SUSTAINED.**

2.  For the reasons set forth in the record, which are incorporated herein by reference, the Motion to Vacate is **GRANTED** in part and **DENIED** in part as follows:

a. All fees and expenses sought by Wargo French through the *First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses to Wargo & French, LLP as Counsel to the Debtor for the Period of July 6, 2018 through November 20, 2018* (ECF No. 57), the *Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses to Wargo & French LLP as Counsel to the Debtor for the Period of November 21, 2018 through July 18, 2019* (ECF No. 293), the *Amended Second and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses to Wargo & French, LLP as Counsel to the Debtor for the Period of July 6, 2018 through July 18, 2019* (ECF No. 295), the Second Amended Final Application, and anywhere else in this Bankruptcy Case are **DENIED** in their entirety with prejudice.

b. Wargo French is directed to **DISGORGE** fees of $232,461.75 and expenses of $4,236.90 for a total of $236,698.65 (collectively, the "**Disgorged Funds**") paid to Wargo French pursuant to the *Order Granting First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses to Wargo & French, LLP as Counsel to the Debtor for the Period of July 6, 2018 through November 20, 2018* (ECF No. 67).

c. Wargo French is directed to pay the Disgorged Funds to the Trustee within twenty-eight (28) days of entry of this Order. In the event Wargo French fails to pay the Disgorged Funds to the Trustee within twenty-eight (28) days of entry of this Order, the Trustee is directed to file a

notice of non-compliance and motion for entry of judgment, and in such event, this Court will enter an executable money judgment against Wargo French and in favor of the Trustee in the amount of $236,698.65.

        d.   Except as provided herein, all remaining relief sought through the Motion to Vacate is hereby **DENIED**.

    3.   *Wargo & French, LLP's Limited Objection and Motion for Extension of Time to Respond to Requests for Production to Wargo French, LLP* (ECF No. 505) was withdrawn by Wargo French on the record at the Hearing based on the withdrawal of the discovery to which it was directed and as such, it will neither be considered nor adjudicated by this Court.

    4.   This Court shall retain jurisdiction regarding implementation and interpretation of this Order and any and all disputes arising in relation to the Motion to Vacate.

# # #

Submitted by:

Thomas M. Messana, Esq.
Messana, P.A.
*Counsel for Movants*
401 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
Telephone:  (954) 712-7400
Facsimile:   (954) 712-7401
Email:  tmessana@messana-law.com

*Attorney Thomas M. Messana is directed to serve copies of this order on all interested parties and to file a certificate of service.*